IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,     :    CRIMINAL ACTION
                             :    NO. 09-00496-03, -05
                             :
        v.                :
                             :
JOSEPH LIGAMBI, and        :
GEORGE BORGESI.           :
                             :
        Defendants.     :

## A G E N D A

I.   Government's Motion to Permit the Jury to Use the Indictment During Deliberations (ECF No. 1446)

II.   Government's Motion to Preclude Evidence of Acquittals (ECF No. 1479)

III.   Defendant Ligambi's Motion to Bar Certain Testimony (ECF No. 1481)

IV.   Defendant Ligambi's Motion for Leave to File Additional Motions in Limine (ECF No. 1481)

V.   Finalizing Substantive Jury Questionaire

VI.   Logistics of Trial

VII.   Pretrial Motions:  Any Other Outstanding Motions

By the Court:

_____
Deputy Clerk

_____
                          J.