IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, : CRIMINAL ACTION
: NO. 09-00496-03, -05
v. :
:
JOSEPH LIGAMBI, and :
GEORGE BORGESI. :
:
        Defendants. :

**FILED**

OCT 2 3 2013

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

**A G E N D A**

At the final pretrial conference on **Thursday, October 24, 2013 at 4:00 p.m.** the Court will consider the following topics:

I. Finalizing the Substantive Jury Questionnaire

II. Finalizing the Preliminary Jury Instructions

III. Finalizing the Redacted Indictment to Be Provided to the Jury During Deliberations

IV. Logistics of Trial

V. Government's Motion Filed Under Seal

VI. Any Other Outstanding Pretrial Matters

By the Court:

_____
Deputy Clerk

_____
                        J.