IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| vs. | : | |
| | | NO. 09-496-03 |
| JOSEPH LIGAMBI | : | |

**WAIVER OF PRESENCE OF THE DEFENDANT(S)
DURING THE DISTRIBUTION, COMPLETION AND COLLECTION OF THE JURY
HARDSHIP AND SUBSTANTIVE QUESTIONNAIRES**

      The undersigned defendant(s) and defense counsel do hereby waive the presence of the judge, and undersigned defendant(s) in the jury room at the distribution, completion and collection of the Jury Hardship and Substantive Questionnaires in the above-captioned criminal case. It is understood that defense counsel may be present, if they wish, at the distribution, completion and collection of the jury hardship and substantive questionnaires and presence during the exercise of hardship strikes.

X _Joseph Ligambi_ and
  Defendant

_Joseph Ligambi_
Defendant's Counsel

___10/31/2013___ and
Dated

_signature_
Attorney for the U.S.A