*[Handwritten at top: Order to be filed of record]*

**Members of the Panel:**

Good morning - my name is Ronald Vance. I am the deputy clerk for Judge Eduardo Robreno, the District Judge who will be presiding in this case.

*[Handwritten signature and date: 10/31/13]*

You have been called as potential jurors to serve in the case of <u>United States v. Joseph Ligambi & George Borgesi</u>. The case is a criminal case involving 2 defendants.

The case involves allegations that the 2 defendants were involved in a RICO conspiracy involving, among others, illegal gambling. The Government contends that the defendants were members or associated with the Philadelphia La Cosa Nostra. The defendants have pleaded not guilty to the charges. The trial is scheduled to last 6 to 8 weeks, ordinarily sitting 4 days a week - 9:30 a.m. to 4:30 p.m., *ordinarily Tuesday thru Friday,* with a break for the Thanksgiving Holiday beginning on Tuesday, November 26, 27, 28 & 29, and on December 9th, 10th & 11th. Appropriate arrangements for the Christmas Holiday will also be made, if at all necessary.

Today, we will proceed with jury selection. It will be done in two parts. First, we will ask you to fill out an extraordinary hardship questionnaire of only 4 questions. (Read the questions). An extraordinary hardship is the type of burden which is unreasonable to place on any one person - or a reason

1

beyond your control why you cannot serve.  Once you have answered the questions, they will be collected and given to the Judge who will discuss your answers with the lawyers.  Second, you will be asked to fill out a longer questionnaire to determine your suitability to serve as a juror in this case.  Again, the completed questionnaire will be collected then given to the Judge to be discussed with the lawyers.  If appropriate, you will be asked to meet with the Judge and the lawyers.

Now, a few words about your conduct while jury selection is underway.  First, from now on you are not to discuss this case with anyone, not even among yourselves.  There are good reasons for this ban on discussions, the most important being the need for you to keep an open mind throughout the presentation of evidence, should you be selected to serve as a juror.

Second, it is very likely there will be media coverage of this trial.  Do not read, listen or watch anything related to this case.  By that I mean, if there is a newspaper article or radio or television report relating to this case, do not read the article or watch or listen to the report. In addition, do not try to do any independent research or investigation on your own on matters relating to the case or this type of case.  Do not do any research on the internet, for example.  In other words, you should not consult dictionaries or reference materials, search

the internet, websites, blogs, or use any other electronic tools to obtain information about this case.

    We will now proceed with jury selection.